No. 89–6335.   D'AMARIO v. PROVIDENCE CIVIC CENTER AUTHORITY ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 89–6336.   HOPE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6337.   CONNER v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–6339.   GUTIERREZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6340.   D'AMARIO v. RHODE ISLAND.   Super. Ct. Providence & Bristol Counties, R. I.   Certiorari denied.

No. 89–6341.   BLAKE v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–6343.   SIMS v. SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 89–6344.   VISSER v. CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 89–6346.   SHABAZZ, AKA PHILLIPS v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 89–6348.   MITCHELL v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6349.   WILLIAMSON v. A. G. EDWARDS & SONS, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–6350.   JONES v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6353.   DAVIS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–6354.   REDDING v. MINNESOTA ET AL.   C. A. 8th Cir. Certiorari denied.

No. 89–6355.   SAUVEY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.